IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK DAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:07-cv-00696-RRA |
| | ) | |
| TED SEXTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 5, 2007, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). The magistrate judge further recommended that any state law claims be dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3). The plaintiff filed objections to the report and recommendation on July 12, 2007.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. In the defendant's objections, he asserts that he complained to the sheriff about the alleged illegal taking of his money. Such complaint, if made, would not make a legal difference in this case. Accordingly, the plaintiff's federal law claims are due to be dismissed for failing to state a claim upon which relief can be granted,

pursuant to 28 U.S.C. § 1915A(b)(1).  Any state law claims pled in the complaint are due to be dismissed, without prejudice, pursuant to 28 U.S.C. § 1367(c)(3).  An appropriate order will be entered.

    DATED this 30th day of August, 2007.

                                            _____
                                            WILLIAM M. ACKER, JR.
                                            UNITED STATES DISTRICT JUDGE